**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

GARRY GRAHAM,   No. CIV S-10-2265-CMK-P

    Plaintiff,

  vs.   <u>ORDER</u>

DOUGLAS L. GARDNER,

    Defendant.

_____ /

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 2). Plaintiff's complaint will be addressed separately.

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis will, therefore, be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is granted;

        2.    Plaintiff is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

1

1      3.    No initial partial filing fee will be assessed pursuant to 28 U.S.C.
2  § 1915(b)(1); and
3      4.    Plaintiff will be obligated for monthly payments of twenty percent of the
4  preceding month's income credited to plaintiff's inmate trust account, such payments to be
5  forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's
6  account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C.
7  § 1915(b)(2).

DATED: August 31, 2010

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE